No. D–1609. IN RE DISBARMENT OF HENDRICKS. Carl C. Hendricks, Jr., of Beaufort, S. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1610. IN RE DISBARMENT OF PHILLIPS. S. Patrick Phillips, of Bossier City, La., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–19. BREWER v. WARD, WARDEN. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied. JUSTICE STEVENS, JUSTICE KENNEDY, JUSTICE GINSBURG, and JUSTICE BREYER would grant the motion.

No. M–20. KENDALL v. CITY OF TACOMA. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. 94–896. BMW OF NORTH AMERICA, INC. v. GORE. Sup. Ct. Ala. [Certiorari granted, 513 U. S. 1125.] Motion of petitioner for leave to file a supplemental brief after argument granted. Motion of respondent for leave to file a supplemental brief after argument granted.

No. 94–923. SHAW ET AL. v. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL.; and
No. 94–924. POPE ET AL. v. HUNT, GOVERNOR OF NORTH CAROLINA, ET AL. D. C. E. D. N. C. [Probable jurisdiction noted, 515 U. S. 1172.] Motion of appellants James Arthur Pope et al. for divided argument granted. Motion of appellees for divided argument granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument granted. The time is divided as follows: appellants Ruth Shaw et al., 30 minutes; appellants James Arthur Pope et al., 10 minutes; appellees James B. Hunt, Jr., et al., 20 minutes; appellees Ralph Gingles et al., 10 minutes; the Solicitor General, 10 minutes.